[No. 480. Decided August 16, 1892.]

W. F. WHITTIER, *et al.*, *Respondents*, v. E. P. CADWELL AND JOHN A. SHOUDY, *Appellants.*

*Appeal from Superior Court, Kittitas County.*

*Fred. W. Bausman,* and *W. S. Smith,* for appellants.
*Whitson & Parker,* and *Reavis & Milroy,* for respondents.

*Per curiam.*—The respondents move to dismiss this appeal upon the ground that no statement of facts has ever been settled or certified as required by law. This being a cause of equitable cognizance cannot be tried *de novo* without a duly certified statement of the facts upon which the court below based its judgment.

There being no such statement in the record, under the uniform rulings of this court, the appeal must be dismissed.